IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

PAUL DOUGLAS CREWS

    Petitioner,

-vs-

JAMES CROSS,

    Respondent.                             No. 15-cv-768-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court on Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2241.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Memorandum and Order entered by this Court on October 7, 2015 (Doc. 13), the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2241 is **DISMISSED without prejudice.**

                                      JUSTINE FLANAGAN,
                                      ACTING CLERK OF COURT

                                      BY:   s/*Caitlin Fischer*
                                                **Deputy Clerk**

**DATED:** October 7, 2015

Digitally signed by David R. Herndon
Date: 2015.10.07 12:02:37 -05'00'

**APPROVED:**
    U.S. DISTRICT JUDGE
    U. S. DISTRICT COURT